IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**

**APR 07 2003**

DAVID W. DANIEL, CLERK
US _____ _JNC
BY _____ DEP. CLERK

Civil Action No. 5:03-CV-204-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ANSWER OF STATE OF** |
| NORTH CAROLINA'S ORIGINAL | ) | **NORTH CAROLINA** |
| COPY OF BILL OF RIGHTS, | ) | |
| Defendant. | ) | |

## ANSWER

NOW COMES claimant the State of North Carolina, through its Attorney General Roy Cooper, and answers Plaintiff's Complaint For Forfeiture *In Rem* as follows:

1. The allegations of paragraph 1 are admitted.

2. The allegations of paragraph 2 are admitted.

3. The allegations of paragraph 3 are admitted.

4. The allegations of paragraph 4 are admitted.

5. As to the allegations of paragraph 5, claimant State of North Carolina admits the property is subject to forfeiture except to the extent of the State's interest in the property as an innocent owner as provided by law.

WHEREFORE, the State of North Carolina having fully answered Plaintiff's Complaint for Forfeiture *In Rem*, respectfully requests that this Court enter appropriate orders declaring that the defendant is subject to forfeiture in accordance with federal law and that the defendant be delivered to the State of North Carolina as an innocent owner of the property.

This the $\frac{7H}{}$ day of April, 2003.

ROY COOPER
Attorney General
N. C. State Bar No. 10286

Grayson G. Kelley
Senior Deputy Attorney General
N. C. State Bar No. 8349
gkelley@mail.jus.state.nc.us

North Carolina Department of Justice
P.O. Box 629
Raleigh, N.C. 27602
Telephone: (919) 716-6900

2

## VERIFICATION

I, Grayson G. Kelley, being duly sworn, depose and say:

That I am a Senior Deputy Attorney General and counsel to the State of North Carolina in this action. I have read the foregoing Answer of State of North Carolina and the same is true of my own personal knowledge, except as to matters herein stated upon information and belief and, as to those, I believe them to be true.

_____

Grayson G. Kelley
Senior Deputy Attorney General

Sworn to and subscribed before me, this

____ day of _April_ , 20_03_

_____
Notary Public

My Commission Expires:

1-31-06

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF STATE OF NORTH CAROLINA was

served via U.S. Mail, postage prepaid, upon the following person(s):

Frank Whitney
United States Attorney
Eastern District of North Carolina
800 Terry Sanford Building
310 New Bern Avenue
Raleigh, N. C. 27601-1461

This the _7th_ day of April, 2003.

Grayson G. Kelley
Senior Deputy Attorney General