IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-CV-204-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **VERIFIED STATEMENT OF** |
| v. ) | **INTEREST OF WAYNE PRATT, INC.** |
| ) | |
| NORTH CAROLINA'S ORIGINAL ) | |
| COPY OF THE BILL OF RIGHTS, ) | |
| ) | |
| Defendant | |

Wayne Pratt, Inc. ("WPI"), through its undersigned counsel and through Wayne Pratt, its president, treasurer, sole director and sole shareholder, respectfully submits this Verified Statement of Interest asserting its interest in, and right to, ownership and possession of the document that is the subject matter of this action, which was seized by the Federal Bureau of Investigation in Philadelphia on March 18, 2003. In support of its claim to the seized document, WPI shows unto the Court that:

1. The seized document is referred to in the caption of this proceeding as "North Carolina's Original Copy of the Bill of Rights," but WPI denies that it is now or ever has been the property of the State of North Carolina.

2. WPI, a Massachusetts corporation having its principal place of business in Woodbury, Connecticut, purchased and acquired the seized document lawfully and in good faith; therefore, WPI is entitled to the entry of an order granting it possession of and legal title to the document.

Respectfully submitted this the 22d day of April, 2003.

*(signature)*
Hugh Stevens
N.C. State Bar No. 4158
Everett Gaskins Hancock & Stevens, LLP
Post Office Box 911
127 W. Hargett Street, Suite 600
Raleigh, North Carolina 27602
Phone: (919) 755 0025
Fax:    (919) 755 0009

*(signature)*
Thomas E. Dwyer, Jr. *(HS)*
MA BBO No. 139660
Michael B. Galvin
MA BBO No. 630515
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, Massachusetts 02210
Phone: 617-371-1000
Fax:   617-371-1037

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Verified Statement of Interest of Wayne Pratt, Inc. was served by hand delivery to:

Mr. Frank D. Whitney
Mr. Paul M. Newby
Office of the United States Attorney
Eastern District of North Carolina
800 Terry Sanford Federal Building
310 New Bern Avenue
Raleigh, North Carolina 27601

and to

Mr. Grayson G. Kelley
Senior Deputy Attorney General
State of North Carolina
Old Education Bldg.
Raleigh, North Carolina 27601

*(signature)*
Hugh Stevens

## VERIFICATION

Wayne Pratt, being first duly sworn, deposes and says that he is an officer of Wayne Pratt, Inc., a Massachusetts corporation, to wit its president; that he is duly authorized to execute this verification on behalf of said corporation; that he has read the foregoing Verified Statement of Interest; and that the same is true of his own personal knowledge, except as to matters stated therein upon information and belief, which he sincerely believes to be true.

_Wayne Pratt_

State of Connecticut

County of __Litchfield__

I, __Patricia Q Kazmierski__ a Notary Public for said county and state, do hereby certify that Wayne Pratt personally appeared before me this day and, being first duly sworn, acknowledged that he is president of Wayne Pratt, Inc. and acknowledged, on behalf of said corporation, the due execution of the foregoing verification.

Witness my hand and official seal this 22nd day of April, 2003.

_Patricia Q Kazmierski_
Notary Public

My commission expires: __2-28-07__